# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00043-CV

**In re R. Wayne Johnson**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus filed by R. Wayne Johnson is denied.

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 14, 2013